NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEROME NUBIN,                                )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D18-1240
                                             )
FRANK SCHWARTZ, Administrator of             )
South Florida Evaluation and Treatment       )
Center,                                      )
                                             )
            Appellee.                        )
_____      )

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Charlotte
County; Lisa Porter, Judge.

Jerome Nubin, pro se.

No appearance for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.